UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Heather Leone,

      Plaintiff,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT LLC,

      Defendant.

Case No. 2:13-cv-15171
Hon. Judge Marianne O. Battani
Mag. Judge David R. Grand

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Heather Leone and Defendant Receivables Performance Management LLC, through their undersigned counsel, stipulate and agree, that the above-captioned action be dismissed with prejudice. The parties further agree that each side shall bear their own attorney's fees and costs.

    **IT IS SO ORDERED.**

Date: January 16, 2015

                                           s/Marianne O. Battani
                                           MARIANNE O. BATTANI
                                           United States District Judge

Stipulated and Agreed:

/s/ Rex C. Anderson (w/consent)  
Rex C. Anderson (P47068)  
Attorney for Plaintiff  
Rex C. Anderson PC  
9459 Lapeer Rd., Suite 101  
Davison, MI 48423  
(810) 653-3300  
rex@rexandersonpc.net

/s/ Charity A. Olson  
Charity A. Olson (P68295)  
Attorney for Defendant  
Olson Law Group  
2723 S. State Street, Suite 150  
Ann Arbor, MI 48104  
(734) 222-5179  
colson@olsonlawpc.com